AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Missouri

| | | |
|---|---|---|
| United States of America<br>v.<br>RUDOLFO GONZALES JR. and<br>ERIC ATOY ROBERSON<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No.  4:20 MJ 6048 PLC |

**FILED**

MAR − 9 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 6-7, 2020__ in the county of __St. Louis__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846 | Count I:  conspiracy to knowingly and intentionally possess with intent to distribute a controlled substance |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

BLAKE WITZMAN, SA, DEA

*Printed name and title*

Sworn to before me and signed in my presence.

Date:  3/9/2020

*Judge's signature*

City and state:  St. Louis, Missouri

Honorable Patricia L. Cohen, U.S. Magistrate Judge

*Printed name and title*